```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13869
   LEE DENTON
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8648

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/13/2007 and was confirmed 06/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 01/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
ALEXANDER S KNOPFLER    ADMINISTRATIV  NOT FILED              .00            .00
ALLIANCE ONE            NOTICE ONLY    NOT FILED              .00            .00
AMERICASH               UNSECURED      NOT FILED              .00            .00
ARONSON FURNITURE       UNSECURED      NOT FILED              .00            .00
CAPITAL ONE BANK        UNSECURED      NOT FILED              .00            .00
CAPITAL ONE             UNSECURED      NOT FILED              .00            .00
CAPITAL ONE AUTO FIN    SECURED NOT I   11890.00              .00            .00
CHASE                   NOTICE ONLY    NOT FILED              .00            .00
ROUNDUP FUNDING LLC     UNSECURED         512.00              .00         512.00
CITIBANK                NOTICE ONLY    NOT FILED              .00            .00
CREDIT ONE BANK         UNSECURED      NOT FILED              .00            .00
CREDIT UNION 1          NOTICE ONLY    NOT FILED              .00            .00
FINGER FURNITURE        NOTICE ONLY    NOT FILED              .00            .00
FIRST PREMIER BANK      NOTICE ONLY    NOT FILED              .00            .00
GEMB/JC PENNEY          NOTICE ONLY    NOT FILED              .00            .00
GEMB/WALMART            NOTICE ONLY    NOT FILED              .00            .00
ECAST SETTLEMENT CORP   UNSECURED         578.70              .00         578.70
PEKAY & BLITSTEIN PC    NOTICE ONLY    NOT FILED              .00            .00
PROVIDIAN               NOTICE ONLY    NOT FILED              .00            .00
CHASE BANK              UNSECURED        1244.97              .00        1244.97
CAPITAL ONE AUTO FIN    UNSECURED     NOT FILED               .00            .00
LEGAL HELPERS PC        DEBTOR ATTY        .00                               .00
TOM VAUGHN              TRUSTEE                                           161.19
DEBTOR REFUND           REFUND                                            265.14

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,762.00

PRIORITY                                             .00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13869 LEE DENTON
```

```
SECURED                                                        .00
UNSECURED                                                 2,335.67
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                        161.19
DEBTOR REFUND                                               265.14
                                  ----------------   ----------------
TOTALS                                    2,762.00           2,762.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
     Dated: 03/27/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```